UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00190-FL-1

UNITED STATES OF AMERICA

v.

ANDY GUADALUPE LOPEZ

**ORDER TO SEAL**

On motion of the Defendant, Andy Guadalupe Lopez, and for good cause shown, it is hereby ORDERED that [DE 28] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This 2nd day of May, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge