UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CR-00190-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANDY GUADALUPE LOPEZ | **ORDER TO SEAL** |

On motion of the Defendant, Andy Guadalupe Lopez, and for good cause shown, it is hereby ORDERED that [DE 36 and 38] be sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney's Office and Counsel for the above-named Defendant.

IT IS SO ORDERED.

This __1st__ day of October, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge